IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BATTLE BORN INVESTMENTS COMPANY, LLC**<br>10170 W Tropicana Ave, Suite 156-290<br>Las Vegas, NV 89148,<br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>**U.S. DEPARTMENT OF JUSTICE**<br>950 Pennsylvania Avenue, NW<br>Washington, D.C. 20530,<br>　　　　　　　　Defendant. | Civil Action No. 24-cv-67 |

**CERTIFICATE REQUIRED BY LOCAL CIVIL RULE 26.1**

　　Plaintiff Battle Born Investments Company, LLC ("Battle Born") is a Nevada limited liability company with its principal place of business in Las Vegas, Nevada. Battle Born has no parent, subsidiary, or affiliate that has any outstanding securities in the hands of the public and no publicly held company has 10% or greater ownership in it.


Dated:  January 8, 2024　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Rod J. Rosenstein*
　　　　　　　　　　　　　　　　　　　　　　Rod J. Rosenstein (D.C. Bar No. 432439)
　　　　　　　　　　　　　　　　　　　　　　KING & SPALDING LLP
　　　　　　　　　　　　　　　　　　　　　　1700 Pennsylvania Ave., NW
　　　　　　　　　　　　　　　　　　　　　　Suite 900
　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 737-0500

　　　　　　　　　　　　　　　　　　　　　　*Counsel for Battle Born Investments Company, LLC*