# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**Battle Born Investments Company, LLC**

                                    Plaintiff

                                                        Case No.: 1:23-cv-00067-BAH

                                         *vs.*

**U.S. Department of Justice**

                                    Defendant

## AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Ethan Cha, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S):  Summons, Civil Cover Sheet, and Complaint

SERVE TO:  U.S. Department of Justice

SERVICE ADDRESS:  950 Pennsylvania Avenue, NW, Washington, DC 20530

METHOD OF SERVICE:  By mailing the documents listed herein to U.S. Department of Justice at 950 Pennsylvania Avenue, NW, Washington, DC 20530 on 01/18/2024 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 7022 2410 0000 9528 7957. Service was signed for on 01/26/2024, return receipt attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

2-12-24
_____
Executed On



_____
Ethan Cha

Client Ref Number:35761-622001
Job #: 1629964

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

FOIA Summons
1/13

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

BATTLE BORN INVESTMENTS COMPANY, LLC
_____  )
*Plaintiff*                               )
                                          )
v.                                        )      Civil Action No.   24-cv-67
                                          )
U.S. DEPARTMENT OF JUSTICE                )
_____  )
*Defendant*                               )

## SUMMONS IN A CIVIL ACTION

To:   *(Defendant's name and address)*
      U.S. Department of Justice
      950 Pennsylvania Avenue
      Washington, DC 20530


A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Rod J. Rosenstein (D.C. Bar No. 432439)
      KING & SPALDING LLP
      1700 Pennsylvania Ave., NW, Suite 900
      Washington, DC 20006
      (202) 737-0500
      rrosenstein@kslaw.com


If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.


ANGELA D. CAESAR, CLERK OF COURT



Date:   ___1/17/2024___

/s/ Michele M. Grady
_____
*Signature of Clerk or Deputy Clerk*

| **SENDER:** *COMPLETE THIS SECTION* | **COMPLETE THIS SECTION ON DELIVERY** |
|---|---|

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**A. Signature**

X _____  ☐ Agent
                 ☐ Addressee

**B. Received by (Printed Name)**    **C. Date of Delivery**

JAN 2 6 2024

1. Article Addressed to:

   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530

**D. Is delivery address different from item 1?** ☐ Yes
   If YES, enter delivery address below: ☐ No

INSPECTED

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 4931 9063 6053 03

**3. Service Type**
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ 1ail
☐ 1ail Restricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number *(Transfer from service label)*

7022 2410 0000 9528 7957

PS Form **3811**, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt