# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**Battle Born Investments Company, LLC**

**Plaintiff**

Case No.: 1:23-cv-00067-BAH

vs.

**U.S. Department of Justice**

**Defendant**

## AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Ethan Cha, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons, Civil Cover Sheet, and Complaint

SERVE TO: Attorney General of the United States

SERVICE ADDRESS: U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530

METHOD OF SERVICE: By mailing the documents listed herein to Attorney General of the United States at U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530 on 01/18/2024 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 7022 2410 0000 9528 7964. Service was signed for on 01/26/2024, return receipt attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

2-8-24
Executed On



Ethan Cha

Client Ref Number: 35761-622001
Job #: 1629965

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

FOIA Summons
1/13

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

BATTLE BORN INVESTMENTS COMPANY, LLC )
　　　　　　　*Plaintiff* )
　　　　　　　　　　　　　　　　　　　　　　)
　　v. )　　　　Civil Action No.　24-cv-67
U.S. DEPARTMENT OF JUSTICE )
　　　　　　　*Defendant* )

## SUMMONS IN A CIVIL ACTION

To:　*(Defendant's name and address)*
　　　　Attorney General of the United States
　　　　U.S. Department of Justice
　　　　950 Pennsylvania Avenue
　　　　Washington, DC 20530

　　A lawsuit has been filed against you.

　　Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
　　　　Rod J. Rosenstein (D.C. Bar No. 432439)
　　　　KING & SPALDING LLP
　　　　1700 Pennsylvania Ave., NW, Suite 900
　　　　Washington, DC 20006
　　　　(202) 737-0500
　　　　rrosenstein@kslaw.com

　　If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date:　1/9/2024　　　　　　　　　　　　/s/ Nicole M. Wilkens
　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signed)_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>JAN 2 6 2024 |
| 1. Article Addressed to:<br>United States Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>INSPECTED |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 4931 9063 6052 97 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Mail Restricted Delivery<br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7022 2410 0000 9528 7964 | |

PS Form 3811, July 2015 PSN 7530-02-000-9053                                Domestic Return Receipt