UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Battle Born Investments Company, LLC

               Plaintiff

Case No.: 1:23-cv-00067-BAH

vs.

U.S. Department of Justice

               Defendant

## AFFIDAVIT OF SERVICE

I, Goldman Kinsey, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Civil Cover Sheet, and Complaint in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 01/18/2024 at 1:37 PM, I served U.S. Attorney for the District of Columbia c/o Civil Process Clerk at 601 D Street, NW, Washington, DC 20004 with the Summons, Civil Cover Sheet, and Complaint by serving Aquilla Alexander, Paralegal Specialist, authorized to accept service.

Aquilla Alexander is described herein as:

Gender: Female   Race/Skin: Black   Age: 41   Weight: 141   Height: 5'7"   Hair: Black   Glasses: Yes

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

1/22/24
Executed On

Goldman Kinsey

Client Ref Number: 35761-622001
Job #: 1629966

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

FOIA Summons
1/13

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

BATTLE BORN INVESTMENTS COMPANY, LLC )
)
_Plaintiff_ )
)
v. ) Civil Action No. 24-cv-67
)
U.S. DEPARTMENT OF JUSTICE )
)
_Defendant_ )

## SUMMONS IN A CIVIL ACTION

To:   *(Defendant's name and address)*
U.S. Attorney for the District of Columbia
Civil Process Clerk
555 4th Street NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Rod J. Rosenstein (D.C. Bar No. 432439)
KING & SPALDING LLP
1700 Pennsylvania Ave., NW, Suite 900
Washington, DC 20006
(202) 737-0500
rrosenstein@kslaw.com

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:  1/9/2024

/s/ Nicole M. Wilkens
_Signature of Clerk or Deputy Clerk_