UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BATTLE BORN INVESTMENTS COMPANY, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Civil Action No. 24-0067 (BAH) |

**DEFENDANT'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT**

The United States Department of Justice, parent agency of the Executive Office for United States Attorneys ("Defendant" or "Office"), through undersigned counsel, respectfully moves to extend the deadline to respond to the complaint in this matter by two weeks. The current deadline to respond is tomorrow, February 20, 2024. The new proposed deadline would be Tuesday, March 5, 2024. Counsel for Defendant conferred with counsel for Plaintiff about this motion, and counsel for Plaintiff has graciously indicated that Plaintiff does not oppose this motion. Grounds for this motion are as follows.

"When an act may or must be done within a specified time, the court may, for good cause, extend the time . . . if a request is made before the original time or its extension expires." Fed. R. Civ. P. 6(b)(1). "A schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). "District courts enjoy broad discretion when deciding case management and scheduling matters." *McGehee v. Dep't of Just.*, 362 F. Supp. 3d 14, 18 (D.D.C. 2019).

Undersigned has a heavy caseload. As of the filing of this motion, he is handling over seventy cases. Of the roughly seventy cases he is handling, about fifty are active, while the rest are

fully briefed and in a waiting posture. Unfortunately, because of this large amount of work, undersigned has not been able to devote enough time to examining the complaint and getting updated on this case. Counsel for the Office has likewise indicated to undersigned that she is extremely busy and respectfully requested that we seek an extension. To enable undersigned and counsel for the Office enough time to get caught up on the case, and considering each's heavy workload, Defendant contends, without opposition from Plaintiff, that there is good cause to grant this motion.

Lastly, undersigned is mindful that this Court requires that a motion for an extension of time, such as this one, be filed at least four days in advance. *See* Standing Order § 8(b), ECF No. 4. Undersigned sincerely apologizes for not being able to comply with this requirement and respectfully requests that the Court excuse Defendant from this requirement for this motion.

For the reasons above, and without opposition from Plaintiff, Defendant moves for a two-week extension to respond to the complaint in this matter, which would be by <u>Tuesday, March 5, 2024</u>.

Date:  February 19, 2024
       Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar # 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:  _____/s/ Sam Escher_____
     SAM ESCHER, D.C. Bar # 1655538
     Assistant United States Attorney
     601 D Street, N.W.
     Washington, D.C. 20530
     (202) 252-2531
     Sam.Escher@usdoj.gov

Attorneys for the United States of America