UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BATTLE BORN INVESTMENTS COMPANY, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Civil Action No. 24-0067 (BAH) |

### **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's motion for an extension of time to respond to the complaint in this action, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED; and it is further

ORDERED that Defendant shall have through and including Tuesday, March 5, 2024, to respond to the Complaint in this action.

SO ORDERED:

_____                                  _____

Dated                                                                         BERYL A. HOWELL
                                                                                 United States District Judge