UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BATTLE BORN INVESTMENTS COMPANY, LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>      Defendant. | Civil Action No. 24-0067 (BAH) |

## JOINT STATUS REPORT

Battle Born Investments Company, LLC ("Plaintiff") and the United States Department of Justice ("Defendant"), through undersigned counsel, respectfully file this joint status report. The parties apologize for overlooking section 4(b)(ii) of the Court's standing order requiring a joint status report in a Freedom of Information Act ("FOIA") case within fourteen days after a defendant answers. *See* ECF No. 4.

On October 19, 2023, Plaintiff submitted the following FOIA request:

On behalf of Battle Born Investments Company, LLC, I hereby request under the Freedom of Information Act copies of records and documents showing (1) the name of the person who signed a Consent and Agreement to Forfeiture with the U.S. Attorney's Office, Northern District of California, on or about November 3, 2020, concerning a cryptocurrency wallet referred to as 1HQ3 in *United States v. Approximately 69,370 Bitcoin, et al.*, Case No. 3:20-cv-7811-RS (N.D. Cal.); (2) the name of any person believed to have owned, possessed, or controlled that wallet; and (3) the name of the person referred to as "Individual X" in that case.

The parties have conferred and agree that at issue is one document: the November 3, 2020, Consent and Agreement to Forfeiture referenced above. Defendant is currently withholding all of the document under various exemptions.

Defendant is mindful that the Court ordinarily requires the parties to propose a schedule for the filing of dispositive motions when a final determination has been made. Respectfully, however, Defendant would rather not set a briefing schedule yet. Defendant believes the information Plaintiff seeks to uncover fits squarely within one or more exemptions. Defendant would prefer to provide a draft declaration to Plaintiff by the end of May. Hopefully, after examining the draft declaration, the parties can avoid dispositive motions. If the Court requires a schedule now, Defendant proposes that its opening motion for summary judgment be no earlier than Thursday, June 27, 2024.

Plaintiff submits that no additional delay is warranted before the filing of dispositive motions in this straightforward case about the identity of one person who signed one document consenting to the forfeiture of one asset in a *civil* proceeding trumpeted in a widely-disseminated Department of Justice press release that expressly admitted the public wanted an answer to the question, "Where did this money go?" *See* U.S. Attorney's Office, N.D. of Cal., "United States Files a Civil Action to Forfeit Cryptocurrency Valued at Over One Billion U.S. Dollars," Nov. 5, 2020 ("This seizure represents the largest seizure of cryptocurrency in the history of the United States…. Where did the money go?"), https://www.justice.gov/usao-ndca/pr/united-states-files-civil-action-forfeit-cryptocurrency-valued-over-one-billion-us. Defendant has already unduly delayed this simple FOIA request for 180 days and *must* already know its purported rationale for withholding the document. Further delay to come up with other claimed justifications would defeat FOIA's laudable goals and contribute to the administrative and judicial backlog. *See generally* U.S. Gov't Accountability Office, "FOIA Backlogs Hinder Government Transparency and Accountability," Mar. 14, 2024 ("[FOIA] backlogs, which result from agencies not responding to requests within required time frames, are a perennial problem for many federal agencies and those

looking for transparency from their government."), https://www.gao.gov/blog/foia-backlogs-hinder-government-transparency-and-accountability; *see also* Merrick Garland, "Memorandum for Heads of Executive Departments and Agencies," Mar. 15, 2022 ("Transparency in government operations is a priority of this Administration and this Department."), https://www.justice.gov/ag/file/1208711-0/dl?inline. Plaintiff therefore requests that the Court order Defendant to file its opening motion for summary judgment no later than May 1, 2024.

| | |
|---|---|
| Date:   April 15, 2024 | Respectfully submitted, |
| */s/ Rod J. Rosenstein*<br>Rod J. Rosenstein (D.C. Bar No. 432439)<br>KING & SPALDING LLP<br>1700 Pennsylvania Ave., NW<br>Suite 900<br>Washington, DC 20006<br>Telephone: (202) 737-0500<br>rrosenstein@kslaw.com<br><br>*Counsel for Battle Born Investments Company, LLC* | MATTHEW M. GRAVES, D.C. Bar # 481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By:     */s/ Sam Escher*<br>        SAM ESCHER, D.C. Bar # 1655538<br>        Assistant United States Attorney<br>        601 D Street, N.W.<br>        Washington, D.C. 20530<br>        (202) 252-2531<br>        Sam.Escher@usdoj.gov<br><br>*Counsel for United States of America* |