UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BATTLE BORN INVESTMENTS COMPANY, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Civil Action No. 24-0067 (BAH) |

## **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's motion, Plaintiff's opposition, and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED; and

ORDERED that Defendant shall file its motion for summary judgment by Friday, June 21, 2024.

SO ORDERED:

_____        _____
Date                                                                           BERYL A. HOWELL
                                                                                    United States District Judge