UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BATTLE BORN INVESTMENTS COMPANY, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>        Defendant. | Civil Action No. 24-0067 (BAH) |

**DEFENDANT'S STATEMENT OF MATERIAL FACTS NOT IN GENUINE DISPUTE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

    The United States Department of Justice ("Defendant" or "Department"), parent agency of the Executive Office for United States Attorneys ("EOUSA"), through undersigned counsel, respectfully submits this statement of material facts in support of its motion for summary judgment on Battle Born Investments Company LLC's ("Plaintiff's") Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, claim.

    1.    On October 19, 2023, Plaintiff submitted the following FOIA request:

On behalf of Battle Born Investments Company, LLC, I hereby request under the Freedom of Information Act copies of records and documents showing (1) the name of the person who signed a Consent and Agreement to Forfeiture with the U.S. Attorney's Office, Northern District of California, on or about November 3, 2020, concerning a cryptocurrency wallet referred to as 1HQ3 in *United States v. Approximately 69,370 Bitcoin, et al.*, Case No. 3:20-cv-7811-RS (N.D. Cal.); (2) the name of any person believed to have owned, possessed, or controlled that wallet; and (3) the name of the person referred to as "Individual X" in that case.

FOIA Req., ECF No. 15-3; *see also* Compl. ¶ 13, ECF No. 1.

    2.    EOUSA assigned request tracking number EOUSA-2024-000128 to the request.

3. At issue is one document: the November 3, 2020, Consent and Agreement to Forfeiture with the U.S. Attorney's Office, Northern District of California, referenced in the FOIA request. *See* Joint Status Report (Apr. 15, 2024), ECF No. 12 ("The parties have conferred and agree that at issue is one document: the November 3, 2020, Consent and Agreement to Forfeiture[.]"); Pl.'s Opp'n Def.'s Mot. Extension Time (June 4, 2024); ECF No. 14 ("This is a FOIA action in which the sole question is whether the Government will disclose a *single* document[.]" (emphasis in original)).

4. On March 20, 2024, EOUSA issued a response denying the request in full, citing Exemptions 3, 6, 7(A), and 7(C). *See* ECF No. 15-5.

5. Defendant is no longer withholding the document in full and is no longer relying on Exemptions 3 and 7(A).

6. Defendant is withholding parts of the document under Exemptions 6, 7(C), and 7(F). *See* ECF No. 15-6.

7. Defendant issued a final response on June 6, 2024. *See* ECF No. 15-6.

8. Defendant applied its withholdings correctly.

\*   \*   \*

Date:   June 18, 2024
       Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar # 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:      */s/ Sam Escher*
SAM ESCHER, D.C. Bar # 1655538
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2531
Sam.Escher@usdoj.gov

*Attorneys for the United States of America*