# KING & SPALDING

King & Spalding LLP
1700 Pennsylvania Ave, NW
Suite 200
Washington, D.C. 20006-4707
Tel: +1 202 737 0500
www.kslaw.com

Rod J. Rosenstein
Direct Dial: +1 202 626 9220
rrosenstein@kslaw.com

October 19, 2023

Arla Witte-Simpson, FOIA Public Liaison
Executive Office for United States Attorneys
U.S. Department of Justice
175 N Street, N.E.
Suite 5.400
Washington, DC 20530-0001

>   Re:  Battle Born Investments Company, LLC
>        FOIA Request

Dear Ms. Witte-Simpson:

On behalf of Battle Born Investments Company, LLC, I hereby request under the Freedom of Information Act copies of records and documents showing (1) the name of the person who signed a Consent and Agreement to Forfeiture with the U.S. Attorney's Office, Northern District of California, on or about November 3, 2020, concerning a cryptocurrency wallet referred to as 1HQ3 in *United States v. Approximately 69,370 Bitcoin, et al.,* Case No. 3:20-cv-7811-RS (N.D. Cal.); (2) the name of any person believed to have owned, possessed, or controlled that wallet; and (3) the name of the person referred to as "Individual X" in that case.

No FOIA exemption authorizes the Government to conceal the identity of a person who forfeited, owned, possessed, or controlled the wallet worth approximately $2 billion. There is no valid privacy expectation, and this is a matter of tremendous public concern, as reflected in the Government's decision to issue a press release describing it as "the largest seizure of cryptocurrency." N.D. Cal. U.S. Attorney's Office, "United States Files A Civil Action To Forfeit Cryptocurrency Valued At Over One Billion U.S. Dollars" (Nov. 5 2020); *see also* Merrick Garland, Memorandum for Heads of Executive Departments and Agencies (Mar. 15, 2022) ("Transparency in government operations is a priority of … this Department.").

We are willing to pay fees for this request up to a maximum of $1,000. If you estimate that fees will exceed this limit, please advise me and seek consent in advance.

Thank you for your assistance.

Sincerely,

Rod J. Rosenstein