## Submit New Request

### Requester Details

To modify request details please update your requester profile or contact the our office for assistance.

**Rod Rosenstein**
King & Spalding LLP
1700 Pennsylvania Ave NW
Washington, DC  20006
Phone 2027370500
rrosenstein@kslaw.com

Requester Default Category: Law Office

### General Information

| | |
|---|---|
| Action Office | EOUSA |
| Request Type | FOIA |
| Delivery Mode | E-mail |

### Request Information

| | |
|---|---|
| Date Range for Record Search:From | 01/01/2020 |
| Date Range for Record Search:To | 10/20/2023 |
| Description of Records Sought | On behalf of Battle Born Investments Company, LLC, I hereby request under the Freedom of Information Act copies of records and documents showing (1) the name of the person who signed a Consent and Agreement to Forfeiture with the U.S. Attorney's Office, Northern District of California, on or about November 3, 2020, concerning a cryptocurrency wallet referred to as 1HQ3 in United States v. Approximately 69,370 Bitcoin, et al., Case No. 3:20-cv-7811-RS (N.D. Cal.); (2) the name of any person believed to have owned, possessed, or controlled that wallet; and (3) the name of the person referred to as "Individual X" in that case.<br><br>No FOIA exemption authorizes the Government to conceal the identity of a person who forfeited, owned, possessed, or controlled the wallet worth approximately $2 billion. There is no valid privacy expectation, and this is a matter of tremendous public concern, as reflected in the Government's decision to issue a press release describing it as "the largest seizure of cryptocurrency." N.D. Cal. U.S. Attorney's Office, "United States Files A Civil Action To Forfeit Cryptocurrency Valued At Over One Billion U.S. Dollars" (Nov. 5 2020); see also Merrick Garland, Memorandum for Heads of Executive Departments and Agencies (Mar. 15, 2022) ("Transparency in government operations is a priority of … this Department.").<br><br>We are willing to pay fees for this request up to a maximum of $1,000. If you estimate that fees will exceed this limit, please advise me and seek consent in advance. |
| Supporting Documents | 2023.10.18.Battle.Born.FOIA.DOJ.pdf |

### Fee Information

| | |
|---|---|
| Willing Amount | $1000 |
| Fee Waiver Requested | No |
| Fee Waiver Request Reason | |
| Willing to Pay All Fees | No |

### Expedite Information

| | |
|---|---|
| Expedite Requested | No |
| Expedite Reason | |