

*United States Attorney*
*Northern District of California*

*11ᵗʰ Floor, Federal Building*
*450 Golden Gate Ave., Box 36055*
*San Francisco, CA 94102-3495*

(415)436-7200
FAX: (415) 436-7234

## Consent and Agreement to Forfeiture

(b)(6), (b)(7)(C) Potential Claimant"), and the United States, by and through its counsel, David L. Anderson, United States Attorney, and (b)(6), (b)(7)(C) Assistant U.S. Attorney, do hereby agree to the following:

1.      In the matter of the United States in (b)(6), (b)(7)(C) Potential Claimant agrees and consents to the forfeiture of the following property (collectively the "forfeited property"):

        a. All cryptocurrency contained within 1HQ3Go3ggs8pFnXuHVHRytPCq5fGG8Hbhx

2.      Potential Claimant acknowledges that the forfeited property is subject to forfeiture in the above-referenced criminal case which seeks forfeiture to the United States pursuant to Title 18, United States Code Section 981(a)(1)(C).

3.      Potential Claimant acknowledges that he has been informed and advised of his right to retain counsel of his own choosing to represent him and that he enters into this agreement upon the advice of his own counsel.

4.      Pursuant to Title 18, United States Code Section 981(a)(1)(C) Potential Claimant hereby withdraws any previously filed claim(s) to the forfeited property and further agrees to not contest the criminal, civil or administrative forfeiture proceedings relating to the forfeited property. Potential Claimant waives notice of all forfeiture proceedings with respect to the forfeited property and waives any and all defenses to such proceedings that may be asserted, including, but not limited to innocent owner, any statute of limitations, and any constitutional defenses. Potential Claimant agrees that judgment may be entered against the forfeited property.

5.      The undersigned understands that, pursuant to Title 18, U.S. Code, Section 983, the United States is required to send notice in non-judicial civil forfeiture matters. Having been advised of the rights regarding notice, the undersigned hereby knowingly and voluntarily waives the right to such notice being sent within the time frames set forth in Title 18, U.S. Code, Section 983, and further waives the right to have the property returned if notice is not sent within the prescribed time frames.

6.      Potential Claimant agrees that the person or persons who made the arrest or the prosecutor shall not be liable to suit or judgment on account of such seizures. Potential Claimant, his/her agents or assigns, shall hold and save harmless the United States of America, its agents and employees, from any and all claims which might result from the forfeiture of the forfeited property described herein.

7.     This agreement constitutes the entire agreement of the parties and relates solely to the matters described in this agreement.

8.     The parties shall bear their own fees and costs.

DATED:  November 3, 2020



Assistant U.S. Attorney

DATED:  November 3, 2020



Potential Claimant

DATED: November 3, 2020

(b)(6), (b)(7)(C)

Attorney for Potential Claimant