UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BATTLE BORN INVESTMENTS COMPANY, LLC,<br><br>   Plaintiff,<br><br> v.<br><br>DEPARTMENT OF JUSTICE,<br><br>   Defendant. | Civil Action No. 24-0067 (BAH) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's motion, and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED; and

ORDERED that summary judgment be ENTERED for Defendant.

SO ORDERED:

_____  _____
Date                BERYL A. HOWELL
                   United States District Judge