# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BATTLE BORN INVESTMENTS COMPANY, LLC,**<br><br>    Plaintiff,<br><br>  v.<br><br>**UNITED STATES DEPARTMENT OF JUSTICE,**<br><br>    Defendant. | **Civil Action No. 24-cv-0067 (BAH)** |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Cross-Motion for Summary Judgment, the memorandum and exhibits submitted in support, and the entire record herein, it is hereby

**ORDERED** that Plaintiff's motion is GRANTED; and it is further

**ORDERED** that summary judgment be ENTERED for Plaintiff; and is further

**ORDERED** that Defendant has until **[14 days after this Order]** to disclose Individual X's name to Plaintiff.

**SO ORDERED.**

Dated: _____

    _____
    HONORABLE BERYL A. HOWELL
    United States District Judge

1