UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BATTLE BORN INVESTMENTS COMPANY, LLC,<br><br>           Plaintiff,<br><br>           v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>           Defendant. | Civil Action No. 24-00067<br><br>Judge Beryl A. Howell |

## ORDER

Upon consideration of defendant U.S. Department of Justice's Motion for Summary Judgment, ECF No. 15; plaintiff Battle Born Investments Company, LLC's Cross Motion for Summary Judgment, ECF Nos. 16, 17; the memoranda, declarations, and exhibits submitted in support and opposition; and the entire record herein, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby:

**ORDERED** that defendant's Motion for Summary Judgment, ECF No. 15, is **GRANTED**; it is further

**ORDERED** that plaintiff's Cross Motion for Summary Judgment, ECF Nos. 16, 17, is **DENIED**; it is further

**ORDERED** that judgment is entered in favor of defendant; and it is further

**ORDERED** that the Clerk of the Court is directed to close this case.

**SO ORDERED.**

*This is a final and appealable order.*

Date:   December 30, 2024

_____
**BERYL A. HOWELL**
United States District Judge