Darrell P. White (SBN: 270038)
**KIMURA LONDON & WHITE LLP**
17631 Fitch
Irvine, California 92614
(949) 474-0940
dwhite@klw-law.com

Attorney for Plaintiff
Battle Born Investments Company, LLC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BATTLE BORN INVESTMENTS COMPANY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>Defendant. | Case No.: 1:24-cv-00067-BAH<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF** |

  Please take notice of the following substitution of counsel for Plaintiff, Battle Born Investments Company, LLC, Darrell P. White from Kimura London & White LLP is substituting for Rod J. Rosenstein from King & Spalding as lead counsel for Plaintiff in the above-captioned case. Mr. White is in good standing of this Court's bar.

Dated: January 17, 2025         **KIMURA LONDON & WHITE LLP**

                   By:   */s/ Darrell P. White*
                      Darrell P. White, Esq.
                      Attorney for Plaintiff,
                      Battle Born Investments Company, LLC